Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−26192−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Susan Maquiling
    137 Terhune Avenue, 1st Floor
    Jersey City, NJ 07305

Social Security No.:
    xxx−xx−2130

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/30/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 30, 2018
JAN: rah

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-26192-SLM
Susan Maquiling                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 2         Date Rcvd: May 30, 2018
                                Form ID: 148             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db           +Susan Maquiling,    137 Terhune Avenue, 1st Floor,    Jersey City, NJ 07305-2046
516994704    +BP Fisher Law Group LLC,    Jonathan F. Ball, Esq.,    923 Haddonfield Road, Suite 334,
               Cherry Hill, NJ 08002-2752
516994709    +CVF Consumera Acquitsitions Company,    300 Delaware Avenue, 9th Floor,
               Wilmington, DE 19801-1607
517032032    +Christiana Trust, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516994706    +Christina Trust/Wilmington Savings Fund,    RBSHD,    BP Fisher Law Group,
               923 Haddonfield Road, Suite 334,    Cherry Hill, NJ 08002-2752
516994708    +Comcast of New Jersey,    PO Box 840,    Newark, NJ 07101-0840
516994710    +Debt Recovery Solution,    6800 Jericho Turnpike,    Suite 113E,    Syosset, NY 11791-4401
516994712    +Fusion Juicer,    SKO Brenner American Inc,    PO Box 230,    Farmingdale, NY 11735-0230
516994720    +Jersey City MUA,    PO Box 57008,    Newark, NJ 07101-5708
516994719    +Jersey City MUA,    69 DeVoe Place,    Hackensack, NJ 07601-6105
516994723    +PSE&G,    Law Division,    80 Park Plaza,    T5D,    Newark, NJ 07102-4109
516994722    +PSE&G,    Bankruptcy Department,    PO Box 14444,    New Brunswick, NJ 08906-4444
516994724    +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
516994725    +SKO Brenner American Inc,    40 Daniel Street,    Farmingdale, NY 11735-1308
516994727    +Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 31 2018 00:15:22      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2018 00:15:20      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr           +EDI: RMSC.COM May 31 2018 03:48:00      Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,    Norfolk, VA 23541-1021
517215231     EDI: BECKLEE.COM May 31 2018 03:48:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516994703    +EDI: AMEREXPR.COM May 31 2018 03:48:00      Amex,    Correspondence,    Po Box 981540,
               El Paso, TX 79998-1540
516994705    +E-mail/Text: bankruptcy@cavps.com May 31 2018 00:15:36      Cavalry,    PO Box 520,
               Valhalla, NY 10595-0520
517235673    ++E-mail/Text: bankruptcy@cavps.com May 31 2018 00:15:36      Cavalry SPV II, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516994707    +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 31 2018 00:15:50
               Comcast Cable,    2121 Kennedy Blvd,    Jersey City, NJ 07305-1595
516994713    +EDI: RMSC.COM May 31 2018 03:48:00      GE Money Bank,    PO Box 103104,    Roswell, GA 30076-9104
516994714    +EDI: HFC.COM May 31 2018 03:48:00      HSBC/Orchard Bank,    PO Box 17298,
               Baltimore, MD 21297-1298
516994711     EDI: IRS.COM May 31 2018 03:48:00      Department of the Treasury,    Internal Revenue Service,
               PO Box 9052,    Andover, MA 01810
516994718    +EDI: RMSC.COM May 31 2018 03:48:00      JC Penney/Synchrony Bank,    Attn: Bankruptcy,
               Po Box 956060,    Orlando, FL 32896-0001
517520596     EDI: RESURGENT.COM May 31 2018 03:48:00      LVNV Funding LLC C/O Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
517226236     EDI: RESURGENT.COM May 31 2018 03:48:00      LVNV Funding LLC, C/O Resurgent Capital Services,
               P.O. Box 10675,    Greenville, SC 29603-0675
516994721     EDI: PRA.COM May 31 2018 03:48:00      Portfolio Recovery Associates LLC,    PO Box 12914,
               Norfolk, VA 23541
516994726    +EDI: SWCR.COM May 31 2018 03:48:00      Southwest Credit,    4120 International Pkwy Ste 1100,
               Carrollton, TX 75007-1958
516995940    +EDI: RMSC.COM May 31 2018 03:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
516994728    +EDI: TCISOLUTIONS.COM May 31 2018 03:48:00      Total Card Inc,    TCI,    5109 S. Broadband Lane,
               Sioux Falls, SD 57108-2208
516994729    +EDI: VERIZONCOMB.COM May 31 2018 03:48:00      Verizon Fios,    PO Box 920041,
               Dallas, TX 75392-0041
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516994717*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,    Attorney General for the United States,
               Constitution Avenue & 10th St NW,    Washington, DC 20530)
516994716*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,    District Counsel,
               One Newark Center Suite 1500,    Newark, NJ 07102)
516994715*   +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                  TOTALS: 0, * 3, ## 0

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 30, 2018
                              Form ID: 148             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
           Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of
           RBSHD 2013-1 Trust dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas  Fitzgerald    on behalf of Debtor Susan  Maquiling nickfitz.law@gmail.com
          Sarah J. Crouch    on behalf of Debtor Susan  Maquiling nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5
```